UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 22-2705 MWF (RAOx)** | Date: May 25, 2022 |
| Title | **CMA CGM Asia Shipping Pte. Ltd. v. Transform Holdco LLC, et al.** | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on April 22, 2022. (Docket No. 1). On May 3, 2022, Plaintiff filed three Proofs of Service ("POS") reflecting personal service of the Summons and Complaint on all three Defendants on April 27. 2022. Defendants' responses to the Complaint were due May 18, 2022

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **JUNE 10, 2022**.

- ■ BY DEFENDANTS: RESPONSES TO THE COMPLAINT. The parties may also file an appropriate stipulation to extend the time within which Defendants must respond to the Complaint.

    OR

- ■ BY PLAINTIFF: APPLICATIONS FOR CLERK TO ENTER DEFAULT.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **CV 22-2705 MWF (RAOx)**                                         Date: May 25, 2022

Title       **CMA CGM Asia Shipping Pte. Ltd. v. Transform Holdco LLC, et al.**

respond to the Order to Show Cause by **June 10, 2022** will result in the dismissal of this action.

    IT IS SO ORDERED.

Initials of Preparer:  RS/sjm