JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CMA CGM ASIA SHIPPING PTE. LTD. f/k/a APL CO. PTE. LTD., <br><br>         Plaintiff, <br><br>    vs. <br><br> TRANSFORM SR HOLDING MANAGEMENT LLC <br><br>         Defendant. | CASE NO. CV 22-2705-MWF(RAOx) <br><br> **ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

After full consideration of the Parties' Stipulation for Dismissal with Prejudice, and good cause having been shown, **IT IS HEREBY ORDERED** that:

1. This action, including all claims alleged against all defendants named in the original Complaint and First Amended Complaint herein, be and hereby are DISMISSED WITH PREJUDICE, with all parties bearing their own costs and fees, including attorneys' fees.

**IT IS SO ORDERED.**

Dated: March 13, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge